**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Nevada

Case number (*If known*): ______________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Cal-Nevada Precision Blasting, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   CNPB

3. **Debtor's federal Employer Identification Number** (EIN)

   88-0501947

4. **Debtor's address**

   **Principal place of business**

   506 East Telegraph St.
   Number Street

   Carson City NV 89701
   City State ZIP Code

   Carson City
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   2700 Waltham Way
   Number Street

   McCarran NV 89437
   City State ZIP Code

5. **Debtor's website** (URL)

   www.nvblasting.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ______________________

Debtor Cal-Nevada Precision Blasting, Inc. Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

238910

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ____________
  District ____________ When ____________
  MM / DD / YYYY
  Case number, if known ____________

Debtor Cal-Nevada Precision Blasting, Inc. Case number (*if known*) ____________
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________

**Where is the property?** ____________
Number Street

____________

____________ ____________ ____________
City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Cal-Nevada Precision Blasting, Inc.
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/27/2026
MM / DD / YYYY

✘ /s/ Donald Emborsky
Signature of authorized representative of debtor

Donald Emborsky
Printed name

Title President

**18. Signature of attorney**

✘ /s/ Holly Estes
Signature of attorney for debtor

Date 08/27/2026
MM / DD / YYYY

Holly Estes
Printed name

Estes Law, P.C.
Firm name

605 Forest St.
Number Street

Reno
City

NV
State

89509
ZIP Code

775-321-1333
Contact phone

hestes@esteslawpc.com
Email address

11797
Bar number

NV
State

Debtor Cal-Nevada Precision Blasting, Inc.
First Name Middle Name Last Name

Case number (if known)

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

| | |
|---|---|
| **Business** | **49 Brown Dr Mound House, NV 89706, Lyon County** |
| **Business** | **2700 Waltham Way McCarran, NV 89437, Storey County** |
| **Business** | **1 Speedway Rd. Fernley, NV 89408, Lyon County** |
| **Business** | **Township 24 North, Range 28 East, MDB&M Section 13 Fallon, NV 89406, Churchill County** |

425 MANUFACTURING, INC
2500 HARRISON AVE
ROCKFORD, IL 61108

ABSOLUTE HOSE AND FITTING, LLC
1205 INDUSTRIAL WAY
SPARKS, NV 89431

ACTION CRANE AND TRUCKING, LLC
2194 LONGHORN DRIVE
FALLON , NV 89406-3282

ALLISON MACKENZIE, LTD
402 N. DIVISION STREET
CARSON CITY, NV 89703

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON, MN 55438

ALTUS COMMERCIAL RECEIVABLES (COLLECTION AGEN
2121 AIRLINE DRIVE, STE 520
METAIRIE, LA 70001

AMERICAN EXPRESS NATIONAL BANK
PO BOX 981535
EL PASO, TX 79998-1535

AMERICAN MINING SERVICES, LLC
263 RIVER BEND WAY, STE 100
NORTH SALT LAKE, UT 84054

AMERICREDIT FINANCIAL SERVICES, INC. DBA: GM
801 CHERRY STREET, STE 3600
FORT WORTH, TX 76102

AT&T
C/O BUSINESS BANKRUPTCY
PO BOX 769
ARLINGTON, TX 76004

AUTOMATIC DATA PROCESSING, INC.
ONE ADP BOULEVARD
ROSELAND, NJ 07068-1728

BMO BANK N.A.
PO BOX 3040
CEDAR RAPIDS, IA 52406-3040

CAD PEST CONTROL SERVICES, INC
3545 AIRWAY DRIVE, STE 106
RENO , NV 89511-1847

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

CANDY BEACH COMPANY, LLC
1550 CORNELL AVENUE
LOVELOCK, NV 89419

CAROL HARRISON
1115 BON ACCORD LANE
FALLON , NV 89406

CARSON CITY PUBLIC WORKS
201 NORTH CARSON STREET, STE. 5
CARSON CITY, NV 89701

CATERPILLAR FINANCIAL SERVICES CORP
2120 WEST END AVENUE
NASHVILLE, TN 37203

CGS MULE, LLC
1490 LUNDA WAY
SPARKS, NV 89431

CHURCHILL COUNTY TREASURER
155 N. TAYLOR STREET
STE. 110
FALLON, NV 89406

CITIBANK, N.A.
PO BOX 790046
ST. LOUIS, MO 63179-0046

CITY OF FERNLEY
595 SILVER LACE BLVD
FERNLEY, NV 89408

CLEAR BILLING SOLUTIONS (JIFFY LUBE)
PO BOX 12194
ROANOKE, VA 24023

CMG EQUIPMENT REPAIR, LLC
815 KILEY RANCH PARKWAY, UNIT 2902
SPARKS, NV 89436

CRYSTAL ICE AND OIL COMPANY
1345 W. FOURTH STREET
RENO , NV 89503-5106

CUTTING EDGE SUPPLY
990 GLENDALE AVENUE
SPARKS, NV 89431

DEPT. OF EMPLOYMENT, TRAINING & REHAB EMPLOYM
500 E. THIRD STREET
CARSON CITY, NV 89713

DFS FINANCE
14010 FNB PARKWAY, STE 400
OMAHA, NE 68154

DICKSON REALTY
6140 PLUMAS STREET, STE 100
RENO , NV 89519

DIGIPRINT CORPORATION
4865 LONGLEY LANE, STE C
RENO , NV 89502

DONALD EMBORSKY
710 W FIFTH ST
CARSON CITY
NV 89703

DRILLCOAMS
PO BOX 540552
NORTH SALT LAKE, UT 84054

DUN & BRADSTREET, INC.
5335 GATE PKWY
JACKSONVILLE, FL 32256-3070

EMPIRE SOUTHWEST, LLC
1725 S. COUNTRY CLUB DRIVE
MESA, AZ 85210-6099

ENAEX USA AND CANADA
392 E. WINCHESTER STREET, STE 202
SALT LAKE CITY, UT 84107

EPIROC FINANCIAL SOLUTIONS USA LLC
2001 N. FIRST STREET
GARLAND, TX 75040

EPIROC USA LLC
8001 ARISTA PLACE, STE. 400
BROOMFIELD, CO 80021

FINANCIAL PACIFIC LEASING, INC.
PO BOX 4568
FEDERAL WAY, WA 98063

FIRST INSURANCE FUNDING
450 SKOKIE BOULEVARD, STE 1000
NORTHBROOK, IL 60062

FIRST WESTERN EQUIPMENT FINANCE
100 PRAIRIE CENTER DRIVE
EDEN PRAIRIE, MN 55344

FORD MOTOR CREDIT COMPANY
PO BOX 35911
CLEVELAND, OH 44134-0911

FUELMAN
PO BOX 1239
COVINGTON, LA 70434

FURUKAWA ROCK DRILL USA, INC
805 LAKE STREET
KENT, OH 44240-0017

G2 ARCHAEOLOGY
450 MARSH AVENUE, STE 2
RENO , NV 89509

GOFORMZ, INC
225 BROADWAY, STE 1320
SAN DIEGO, CA 92101

GRANITE CONSTRUCTION SUPPLY
1055 GLENDALE AVENUE
SPARKS, NV 89431

GREATER NEVADA CREDIT UNION
PO BOX 2128
CARSON CITY, NV 89702

HARRIS INDUSTRIAL GASES
236 E. SYDNEY DRIVE
SPARKS, NV 89437

HAWTHORNE'S BEST INN
1402 E. FIFTH STREET
HAWTHORNE, NV 89415

HEAVY CONSTRUCTION SYSTEMS SPECIALISTS, LLC
13151 WEST AIRPORT BOULEVARD
SUGAR LAND, TX 77478

HUSTLER HYDRAULICS, LLC
15 COWEE DRIVE
CARSON CITY, NV 89706

HYDRAULIC INDUSTRIAL SERVICES, INC
5248 U.S. HIGHWAY 50 EAST
CARSON CITY, NV 89701

INDUSTRIAL RAILWAYS COMPANY
675 EAST H STREET
BENICIA, CA 94510

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERSTATE OIL COMPANY
50 LILLARD DRIVE
SPARKS, NV 89434

JOSEPH LUIA
11601 W. SPANISH SPRINGS RANCH DR.
SPARKS, NV 89441

K AND R CONSULTING GROUP, INC
8711 WINDSOR PARKWAY, STE 1
JOHNSTON, IA 50131

KAPITUS
2500 WILSON BOULEVARD, STE 350
ARLINGTON, VA 22201

KIMBALL EQUIPMENT COMPANY
2839 W. CALIFORNIA AVENUE
SALT LAKE CITY, UT 84104

KPT SOCIAL
8597 SE CRESCENT DRIVE
HILLSBORO, OR 97123

LES SCHWAB TIRE CENTER #957
1405 E. PRATER WAY
SPARKS, NV 89434-8961

LIUNA LOCAL 169
570 REACTOR WAY
RENO, NV 89502

LYON COUNTY CLERK/TREASURER
27 SOUTH MAIN STREET
YEARINGTON, NV 89447

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052-7329

MINE SAFETY AND HEALTH ADMINISTRATION
200 CONSTITUTION AVE NW, STE. C3522
WASHINGTON, DC 20210

MITSUBISHI HC CAPITAL AMERICA, INC
800 CONNECTICUT AVENUE
NORWALK, CT 06854

MITSUBISHI HC CAPITAL AMERICA, INC
ONE PIERCE PLACE
STE. 1100
ITASCA, IL 60143

MOORE, COLSON AND COMPANY, PC
600 GALLERIA PARKWAY SE, STE 600
ATLANTA, GA 30339

NAPA - FINLEY INDUSTRIES, INC
174 GLENDALE AVENUE
SPARKS, NV 89431-5710

NEVADA DEPARTMENT OF TAXATION, BANKRUPTCY SEC
700 E. WARM SPRINGS RD. STE 200
LAS VEGAS, NV 89119

NEVADA OCCUPATIONAL HEALTH CENTERS OF THE SOU
DBA CONCENTRA MEDICAL CENTER
6410 SOUTH VIRGINIA STREET
RENO, NV 89511-1103

NORCAL PERMIT SERVICE, INC.
PO BOX 212080
CHULA VISTA, CA 91921

NORTHERN NEVADA TRUST FUNDS
445 APPLE STREET, STE 109
RENO , NV 89502

ONLINE FREIGHT SERVICES
2275 WATERS DRIVE
MENDOTA HEIGHTS, MN 55120

PAPA KENWORTH
8640 CANYON RIVER DRIVE
SPARKS, NV 89434

PDM STEEL SERVICE CENTERS, INC.
1250 KLEPPE LANE
SPARKS, NV 89431

ROYAL INN, LOVELOCK NEVADA
1435 CORNELL AVENUE
LOVELOCK, NV 89419-8070

SANI HUT COMPANY, INC
1325 E. GREG STREET
SPARKS, NV 89431

SBA COVID EIDL SERVICING CENTER
PO BOX 156059
FORT WORTH, TX 76155-2243

SHAWN HARRISON
503 SAM CLEMENS AVENUE
DAYTON, NV 89403

SIERRA PACIFIC POWER COMPANY
DBA NV ENERGY
6226 WEST SAHARA AVE
LAS VEGAS, NV 89146

SIRIUS XM RADIO, LLC
PO BOX 33174
DETROIT, MI 48232

SOUTHERN TIRE MART, LLC
800 HIGHWAY 98
COLUMBIA, MS 39429

SOUTHWEST ENERGY, LLC
2040 W. GARDNER LANE
TUCSON, AZ 85705-2208

SOVEREIGN PATH TECHNOLOGIES LLC
418 E. CLEVELAND AVENUE
PONCA CITY, OK 74601

SPACE EXPLORATION TECHNOLOGIES CORP (STARLINK
1 ROCKET ROAD
STARBASE, TX 78521

STOREY COUNTY CLERK/TREASURER
26 SOUTH B STREET
DRAWER D
VIRGINIA CITY, NV 89440

T-BANK N.A.
16200 DALLAS PARKWAY, STE 190
DALLAS, TX 75248

THE EMBORSKY FAMILY LLC
710 W. FIFTH ST
CARSON CITY, NV 89703

THE HUNTINGTON NATIONAL BANK
PO BOX 89424
CLEVELAND, OH 44101-6424

U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF GENERAL COUNSEL
312 N. SPRING ST., 5TH FLOOR
LOS ANGELES, CA 90012

UNITED RENTALS (NORTH AMERICA), INC
100 FIRST STAMFORD PLACE, STE 700
STAMFORD, CT 06902-9200

UNITED STATES ATTORNEY - DISTRICT OF NEVADA
100 W. LIBERTY STREET, STE.600
RENO, NV 89501

UNITED STATES TRUSTEE
300 BOOTH STREET #3009
RENO, NV 89509

USA FLEET SOLUTIONS, LLC
169 CADILLAC PLACE
RENO , NV 89509

VAN DE POL PETROLEUM
PO BOX 1107
STOCKTON, CA 95201-1107

W. W. GRAINGER, INC
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045-5201

WESTERN INDUSTRIAL PARTS
5355 LOUIE LANE
RENO , NV 89511-1810

WESTERN NEVADA SUPPLY COMPANY
950 SOUTH ROCK BLVD
SPARKS, NV 89431-5922

WESTERN NEVADA TRANSLOAD
17127 INLAND PORT DRIVE
FERNLEY, NV 89408

WHITE CAP, L.P.
2451 INDUSTRY AVE.
DORAVILLE, GA 30360-3159

WM CORPORATE SERVICES
2550 W. UNION HILLS DRIVE
PHOENIX, AZ 85027

ZIONS BANCORPORATION, N.A.
DBA NEVADA STATE BANK
PO BOX 30709
SALT LAKE CITY, UT 84130

United States Bankruptcy Court
District of Nevada

In re: Cal-Nevada Precision Blasting, Inc.

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/27/2026

/s/ Donald Emborsky
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Nevada District Of Nevada

**In re**
Cal-Nevada Precision Blasting, Inc.

**Debtor**

Case No. ______

Chapter 11

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly Fees
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ 45,347.00
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Undetermined

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. Analysis of the Debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition for bankruptcy. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required. Representation of the debtor at the initial debtor interview, meeting of creditors, general motion hearings, and any plan confirmation hearing.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   The Firm has not agreed to represent the Debtor in non-core matters, as defined by the Bankruptcy Code, special purpose litigation, Chapter 7 proceedings, adversary proceedings or appeals.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/27/2026 — *Date*

/s/ Holly Estes — *Signature of Attorney*

Estes Law, P.C. — *Name of law firm*